IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE SIMONS and | : | |
| MARIA SIMONS, h/w | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | No. 12-01493 |
| ARCAN, INC., | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 27th day of March, 2013, upon consideration of Defendant's Motion to Dismiss (Doc. No. 4), and all Responses and Replies thereto, it is hereby **ORDERED** that Motion is **DENIED**.

It is **FURTHER ORDERED** that Plaintiff's Motion to Compel (Doc. No. 10) is **DENIED AS MOOT**.

BY THE COURT:


*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.